DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALVIN E. WRIGHT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-1604

[ August 26, 2015 ]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. 09-13208CF10B.

Alvin E. Wright, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

We affirm the order on appeal without prejudice to appellant filing a rule 3.800(a) motion that demonstrates on the face of the record that a specific offense did not qualify as a predicate for his violent career criminal sentence.

*Affirmed without prejudice.*

GROSS, TAYLOR and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***